NUMBER
13-05-543-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_____________________________________________________  _____________

 

SANDRA DIAZ,                                                       Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

_______________________________________________  ___________________

 

                  On
appeal from the 117th District Court 

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, SANDRA DIAZ, perfected
an appeal from a judgment entered by the 
117th District Court of Nueces County,
Texas,  in cause number 02-CR-4473-B.  Appellant has filed a motion to withdraw the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to withdraw
the appeal, is of the opinion that appellant's motion to withdraw the appeal
should be granted.  Appellant's motion to
withdraw the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and 

filed this the 5th day of January, 2006.